

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:                                              :       Case No. 20-12545 LSS
             :       Chapter 13
RUSSELL TYLER
             :
        Debtor                              :
*******************************************

Town Center at Camp Springs Homeowners      :
Association, Inc.                           : Motion No. _____

        Movant                              :

v.                                          :

Russell Tyler       :
             :
        Respondent                          :

and                                         :

Rebecca A. Herr     :
             :
        Trustee                             :
*******************************************
:

## AFFIDAVIT OF TYLER HAWES
## IN SUPPORT OF
## MOTION SEEKING RELIEF FROM AUTOMATIC STAY

I, TYLER HAWES, am employed by Paul Associates, Inc. and I am the accounts manager for Town Center at Camp Springs Homeowners Association, Inc. .

One of my duties is to maintain the accounts for homeowners association assessments and related charges paid by Lot/Unit owners

Russell Tyler is the unit owner of record of 5613 Lanier Avenue, Camp Springs, Maryland 20746 which is located in Camp Springs, Maryland, and subject to the

Declaration of Covenants, Conditions and Restrictions for Town Center at Camp Springs Homeowners Association, Inc.

As of the signing of this affidavit, the amount of post-petition homeowners association assessments and related charges due and owing through February 22, 2021, is $1098.40 plus legal fees and costs in connection with the filing of the Motion to Lift Stay.

I am the custodian of records that pertain to the homeowner association assessments assessed against the unit owned by the debtor, Rusell Tyler, and all payments received thereon. The records are kept in the ordinary course of business.

I am over the age of eighteen, a citizen of the United States, and competent to testify to any matter contained in this Affidavit and the referenced Motion Seeking Relief from Automatic Stay, which is based on my personal knowledge.

_____
Accounts Manager for Town Center at
Camp Springs Homeowners Association, Inc.

State of Maryland
County of Montgomery

Subscribed and sworn to this _____ day of _____, 2021

_____
Notary Public

My commission expires_____



**PAUL ASSOCIATES**

**Transaction History**
Town Center At Camp Springs Homeowners Association, Inc.
Transaction Detail : 1/1/2020 - 2/23/2021

Date: 2/23/2021
Time: 10:32 am
Page: 1

**Name:** Russell Tyler    **Address:** 5613 Lanier Avenue
**Homeowner Account:** TCS5613LA    **Homeowner Status:** Current Owner - Owner Occupied

| Date | Description | Batch | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 07/31/2020 | Balance Forward  (Delinquent Fee) 2020 | 15147 | $ 120.00 | $ - | $ 120.00 |
| 07/31/2020 | Balance Forward  2020 | 15147 | 3,207.29 | - | 3,327.29 |
| 08/01/2020 | Assessment - Town Homes  2020 | 14603 | 83.71 | - | 3,411.00 |
| 08/15/2020 | Assessment - Town Homes  (Delinquent Fee) 2020 | 15186 | 15.00 | - | 3,426.00 |
| 08/24/2020 | Remove Delinquent Fee | 0 | - | 15.00 | 3,411.00 |
| 09/01/2020 | Assessment - Town Homes  2020 | 14603 | 83.71 | - | 3,494.71 |
| 10/01/2020 | Assessment - Town Homes  2020 | 14603 | 83.71 | - | 3,578.42 |
| 10/15/2020 | Assessment - Town Homes  (Delinquent Fee) 2020 | 16241 | 15.00 | - | 3,593.42 |
| 11/01/2020 | Assessment - Town Homes  2020 | 14603 | 83.71 | - | 3,677.13 |
| 11/15/2020 | Assessment - Town Homes  (Delinquent Fee) 2020 | 16701 | 15.00 | - | 3,692.13 |
| 12/01/2020 | Assessment - Town Homes  2020 | 14603 | 83.71 | - | 3,775.84 |
| 12/15/2020 | Assessment - Town Homes  (Delinquent Fee) 2020 | 17199 | 15.00 | - | 3,790.84 |
| 01/01/2021 | Assessment - Town Homes  2021 | 16947 | 85.65 | - | 3,876.49 |
| 01/15/2021 | Assessment - Town Homes  (Delinquent Fee) 2021 | 19660 | 15.00 | - | 3,891.49 |
| 02/01/2021 | Assessment - Town Homes  2021 | 16947 | 85.65 | - | 3,977.14 |
| 02/15/2021 | Assessment - Town Homes  (Delinquent Fee) 2021 | 20117 | 15.00 | - | 3,992.14 |
| | Total | | $4,007.14 | ($15.00) | $3,992.14 |

Post Petition Assessments + Late Fees

March 1, 2020 - February 28, 2021 = $1098.40

Updated 2/23/21

CINCSystems, Inc. Copyright 2021 . All rights reserved.

```
DATE:  8/04/20
TIME: 11:44 AM                      Town Center at Camp Springs HOA, Inc.                          PAGE  513
                                    PAYMENT HISTORY REPORT - July 31, 2020

UNIT:   5613 Lanier Avenue            ACCT: 5613LA        LOT:          DELINQUENCY STATUS: 03 - Attorney Action
CURRENT OWNER:  Russell Tyler


  TXN                   TRANSACTION              ASSESSMENTS  LATE FEES  SPEC ASSMTS  PREPAIDS    <- OTHER ACCOUNTS ->
  DATE     PAYMENTS     DESCRIPTION     CHARGES      A1          01          08          PP       CODE      AMOUNT        BALANCE
--------  -----------  ---------------  --------  -----------  ---------  -----------  ---------  ------  -----------  ------------

11/30/18               INIT LIAB BAL    3367.79    3367.79                                                                3367.79
--------
12/01/18               APPLY CHARGES      79.72      79.72                                                                3447.51
12/17/18    170.00  1105      181217               (79.72)                                (90.28)                         3277.51
--------
01/01/19               APPLY CHARGES      83.71      83.71                                                                3361.22
01/01/19               APPLY PREPAYMNT             (83.71)                                                                3361.22
01/22/19    170.00  1109      190122                                                     (170.00)                         3191.22
--------
02/01/19               APPLY CHARGES      83.71      83.71                                                                3274.93
02/01/19               APPLY PREPAYMNT             (83.71)                                                                3274.93
02/15/19    170.00  1118      190215                                                     (170.00)                         3104.93
--------
03/01/19               APPLY CHARGES      83.71      83.71                                                                3188.64
03/01/19               APPLY PREPAYMNT             (83.71)                                                                3188.64
03/04/19 Mail returned UTF JPL
--------
04/01/19               APPLY CHARGES      83.71      83.71                                                                3272.35
04/01/19               APPLY PREPAYMNT             (83.71)                                                                3272.35
--------
05/01/19               APPLY CHARGES      83.71      83.71                                                                3356.06
05/01/19               APPLY PREPAYMNT             (83.71)                                                                3356.06
--------
06/01/19               APPLY CHARGES      83.71      83.71                                                                3439.77
06/01/19               APPLY PREPAYMNT             (11.73)                                                                3439.77
06/19/19               APPLY LATE FEE     15.00                  15.00                                                    3454.77
--------
07/01/19               APPLY CHARGES      83.71      83.71                                                                3538.48
07/17/19               APPLY LATE FEE     15.00                  15.00                                                    3553.48
--------
08/01/19               APPLY CHARGES      83.71      83.71                                                                3637.19
08/19/19               APPLY LATE FEE     15.00                  15.00                                                    3652.19
--------
09/01/19               APPLY CHARGES      83.71      83.71                                                                3735.90
09/24/19    263.47  2282      190924              (263.47)                                                                3472.43
09/27/19    218.49  2284      190927              (218.49)                                                                3253.94
--------
10/01/19               APPLY CHARGES      83.71      83.71                                                                3337.65
10/07/19    222.47  2302      191007              (222.47)                                                                3115.18
10/17/19               APPLY LATE FEE     15.00                  15.00                                                    3130.18
--------
11/01/19               APPLY CHARGES      83.71      83.71                                                                3213.89
11/05/19    616.28  2320      191105              (616.28)                                                                2597.61
--------
12/01/19               APPLY CHARGES      83.71      83.71                                                                2681.32
12/19/19               APPLY LATE FEE     15.00                  15.00                                                    2696.32
```

```
DATE:  8/04/20
TIME: 11:44 AM                    Town Center at Camp Springs HOA, Inc.                        PAGE   514
                                  PAYMENT HISTORY REPORT - July 31, 2020

UNIT:   5613 Lanier Avenue              ACCT: 5613LA          LOT:          DELINQUENCY STATUS: 03 - Attorney Action
CURRENT OWNER:  Russell Tyler

    TXN                   TRANSACTION                 ASSESSMENTS  LATE FEES  SPEC ASSMTS  PREPAIDS   <- OTHER ACCOUNTS ->
    DATE    PAYMENTS      DESCRIPTION       CHARGES      A1           01         08          PP       CODE      AMOUNT      BALANCE
  --------  ----------  ------------------  --------  -----------  ---------  -----------  ---------  ------  -----------  -----------
  01/01/20              APPLY CHARGES         83.71      83.71                                                               2780.03
  01/29/20              APPLY LATE FEE        15.00                   15.00                                                  2795.03
  --------
  02/01/20              APPLY CHARGES         83.71      83.71                                                               2878.74
  02/20/20              APPLY LATE FEE        15.00                   15.00                                                  2893.74
  --------
  03/01/20              APPLY CHARGES         83.71      83.71                                                               2977.45
  03/31/20              APPLY LATE FEE        15.00                   15.00                                                  2992.45
  --------
  04/01/20              APPLY CHARGES         83.71      83.71                                                               3076.16
  --------
  05/01/20              APPLY CHARGES         83.71      83.71                                                               3159.87
  --------
  06/01/20              APPLY CHARGES         83.71      83.71                                                               3243.58
  --------
  07/01/20              APPLY CHARGES         83.71      83.71                                                               3327.29
```