Entered: April 23rd, 2021
Signed: April 22nd, 2021
**SO ORDERED**



*Lori Simpson*
**LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE**

**UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT
OF MARYLAND**

IN THE MATTER OF:

Russell Tyler,

                            Case No.: 20-12545
                            Chapter 13

DEBTOR

Town Center at Camp Springs
Homeowners Association, Inc.

MOVANT

vs.

Russell Tyler

RESPONDENT

**CONSENT ORDER AND STIPULATION MODIFYING AUTOMATIC STAY**

TO THE HONORABLE, THE JUDGE OF SAID COURT:

Upon consideration of the foregoing Motion Seeking Relief from Automatic Stay, the parties having reached an agreement, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland.

ORDERED that the Automatic Stay remains in effect; and be it further

ORDERED that the relief granted in the immediately proceeding paragraph be, and the same is hereby stayed, provided that the Debtor(s):

1. Resume(s) making regular monthly HOA payments on May 1, 2021, of $83.71, or as adjusted for escrow changes and continue thereafter, as well as all other conditions and obligations under the terms of the HOA agreement, and

2. Make(s) a payment of $250.00 for six months beginning April 15, 2021, and continue through September 15, 2021 to satisfy the post-petition arrearage. The total post-petition arrearage is $1787.70 which includes $488.00 in Legal Attorney fees and costs.

**Payments should be made payable to "Town Center at Camp Springs HOA, Inc." and be mailed to:**

1

Corinne G. Rosen, Esq.
PO Box 493
Rockville, Maryland 20848

Should the Debtor(s) fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court. Said Notice shall provide copies to the Debtor(s) and Debtor(s)' attorney and allow the Debtor(s) ten (10) days from the date the Affidavit of Default is mailed to cure two (2) default(s) under this agreement. Any cure of an Affidavit of Default must be made in the form of a certified or cashier's check, or Western Union Quick Collect. No right shall be given to cure any ensuing default. In the event of a subsequent default and upon notice to Debtor(s), Debtor(s)' counsel and the Court the stay shall automatically terminate.

The parties agree that if the Debtor(s) converts this case to a Chapter 7, the Movant may immediately exercise all rights provided by the security instruments referenced in this Order and applicable state law.

/S/Jamison Bryant Taylor
Jamison Bryant Taylor, Esquire
Counsel for Debtor

/S/ Corinne G. Rosen
Counsel for Town Center at Camp Springs
Homeowners Association, Inc.

/S/Russell Tyler
Debtor

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/on this copy reference the signatures of consenting parties onthe original consent order.

*Corinne Rosen*

Copies to:
Jamison B. Taylor
1218 11th ST. NW
Washington, DC 20001

Corinne G. Rosen, esq.
Attorney for Movant
P.O. Box 493
Rockville, Maryland 20848-0493

End of Order